### Candance M. SCOTT, Plaintiff–Appellee,

v.

### AMARILLO HEART GROUP, L.L.P., Defendant–Appellant.

### No. 13–11284.

United States Court of Appeals, Fifth Circuit.

Oct. 7, 2014.

Nellie Gomez Hooper, Blanscet Hooper & Hale, L.L.P., Addison, TX, for Plaintiff–Appellee.

· Steven Randolph McCown, Jennifer Keener Judge, Littler Mendelson, P.C., Dallas, TX, for Defendant–Appellant.

---

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Candance Scott received a favorable jury verdict on her claim of retaliation under, *inter alia*, Title VII, against her former employer, Amarillo Heart Group, L.L.P., which appeals a judgment based on the verdict and awarding front pay. Having reviewed the briefs, the record, the applicable law, and counsels' arguments, we find no reversible error. The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

